United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOREDANA MOLDOVAN.<br>Plaintiff,<br>v.<br>FORD MOTOR COMPANY,<br>Defendant. | Case No. 25-cv-05849-NW<br><br>**JUDGMENT**<br>Re: ECF No. 40 |

Pursuant to Federal Rule of Civil Procedure 68(a) and the accepted offer of judgment (ECF No. 39), the Court hereby ENTERS judgment in favor of plaintiff and against defendant. Defendant will pay Plaintiff the sum of $125,000.00, less any remaining loan balance, for Plaintiff's 2021 Lincoln Navigator, VIN 5LMJJ3LT6MEL20577 (the "Vehicle"), within 60 days of acceptance. Defendant will pay any loan balance on the Vehicle directly to the lender within 14 days after Plaintiff surrenders the Vehicle to Defendant or its designee, and will reimburse Plaintiff for additional monthly loan payments attributable to the Vehicle made between Plaintiff's execution of the Offer and Defendant's payment of the loan balance that are not reimbursed by the lender. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: November 10, 2026

Noël Wise
United States District Judge